■ LEHIGH COAL AND NAVIGATION COMPANY, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 58450.)—Judgment unanimously affirmed,

with costs, on the memorandum decision at Court of Claims, Lowery, J. (Appeal from judgment of Court of Claims—appropriation.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.